IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

LEON B. MURPHY, §
    Plaintiff §
 §
V. §
 § Civil Action Number:
 § 05-CV-02597-EWN-MJW
R. JAMES NICHOLSON, §
SECRETARY OF THE DEPARTMENT §
OF VETERANS AFFAIRS, §
    Defendant. §

## ORDER GRANTING UNOPPOSED MOTION
## FOR TELEPHONIC CONFERENCE
(Docket no. 8)

On this the 9th day of March, 2006, came to be considered Plaintiff's Unopposed Motion for Telephonic Conference filed in the above styled case. After considering said motion, the Court is of the opinion that the motion should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that the Scheduling/Planning Conference set for March 13, 2006 at 8:30 a.m. shall be held and conducted telephonically.

SIGNED on this the 13TH day of March, 2006.

_____
JUDGE PRESIDING

1