# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02597-PAC-MJW

LEON B. MURPHY,

      Plaintiff,

v.

R. JAMES NICHOLSON, Secretary of the Department of Veterans Affairs,

      Defendant.

---

## ORDER

(Docket No. 25)

---

    Upon consideration of Defendant's Unopposed Motion to Vacate Settlement Conference filed by Defendant on June 29, 2006, it is hereby ORDERED that:

    The Motion to Vacate Settlement Conference is GRANTED. *

Dated this 29th day of June, 2006.

* The parties may request another settlement conference by motion.

BY THE COURT:

_____

Michael J. Watanabe
United States Magistrate Judge